# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

V.

SCOTT DEWAYNE HENRY

Case Number: 4:97CR00124-01-WRW

USM Number: 21131-009

**Date of Previous Judgment:** 07/14/1998
**(Use Date of Last Amended Judgment, if Applicable)**

J. BLAKE HENDRIX
Defendant's Attorney

Upon motion of  [X] the defendant   [ ] the Director of the Bureau of Prisons   [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.

[X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **151** months is reduced to **TIME SERVED**

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure /Variance/Rule 35): **31**

Amended Offense Level: **29**

Criminal History Category: **IV**

Criminal History Category: **IV**

Previous Guideline Range: **151** to **188** months

Amended Guideline Range: **121** to **151** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

### III. ADDITIONAL COMMENTS:

**As a special condition of supervised release, Mr. Henry shall transfer immediately from prison to a residential re-entry center, where he shall reside and participate in the program for a period of sixty (60) days under the supervision of the Probation Office.**

Except as provided above, all provisions of the judgment dated 07/14/1998 shall remain in effect.

**IT IS SO ORDERED.**

| June 12, 2008 | /s/ Wm. R. Wilson, Jr. |
|---|---|
| Date of Order | Signature of Judge |
| June 22, 2008 | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |