**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **4:97CR00124-01-WRW**

**SCOTT HENRY**

**ORDER**

In a June 12, 2008 Order, Defendant's sentence was reduced to time served. However, the Order directed that, as a special condition of supervised release, Defendant would be required to reside in a residential reentry center ("RRC") for 60 days.[1]

It has come to my attention that Defendant requested release to his sister's residence in Champaign, Illinois, which means he'll be under the supervision of the U.S. Probation Office for the Central District of Illinois. I've also been advised that the RRC facility in that area may not have bed space available at this time, but will have space some time between June 30, 2008 and July 31, 2008.

Because there is currently no space at the RRC in the Champaign, Illinois area, Defendant will be placed on home detention, with electronic monitoring, while waiting to be placed in the RRC. The time spent on home detention will be deducted from the 60 days Defendant was required to be in the RRC.

IT IS SO ORDERED this 26th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 95.